# United States District Court

WESTERN DISTRICT OF TENNESSEE

SAMUEL WILLIAMS

v.

SGT. ROBERT YARBROUGH

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 91-2610-M1

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Order entered August 21, 1992, defendant's motion to dismiss is GRANTED, and case is hereby DISMISSED with prejudice.

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

Date: 9-14-92

(By) Deputy Clerk

This document entered on docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 9/13/92